UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAMARA DUNN, | ) | |
| an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action 2:10-cv-00855 |
| | ) | |
| v. | ) | Judge Frost |
| | ) | |
| LENNOX TOWN CENTER, | ) | Magistrate Judge Abel |
| LIMITED, LLC, | ) | |
| a Ohio Limited Liability Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby

dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

KU & MUSSMAN, P.A.
Attorneys for Plaintiff
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512

By: */s/ James B. Reese, III, Esq.*
KU & MUSSMAN, P.A.
Attorney for Plaintiff
James B. Reese, III, Esq.
Of Counsel
Attorney Bar Number: 0081710
Bogart & Reese, LLC
35 East Gay Street, Suite 500E
Columbus, OH 43215
Tel: (614) 462-0290

Fax: (305) 891-4512
Jreese@reeseattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October 2011, a true and correct copy of

foregoing has been mailed to the following:

Robert T. Razzano, Esq.
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202

and

Brian Blair, Esq.,
Baker & Hostetler LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432

By:  _/s/ James B. Reese, III_____
      James B. Reese, Esq.